UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 08-80258-Civ-Hurley/Hopkins

SHEMAE S. JOHNSON,

    Plaintiff,

v.

SYNDICATED OFFICE SYSTEMS, INC. D/B/A
CENTRAL FINANCIAL CONTROL,

    Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and having amicably resolved all matters in controversy, the parties jointly stipulate to a Dismissal with Prejudice of this action with each party to bear its own attorney's fees and costs except as otherwise agreed by the parties.

| | |
|---|---|
| Donald A. Yarbrough, Esq. | Lorne S. Cabinsky, Esq. |
| Attorney for Plaintiff | Attorney for Defendant |
| Post Office Box 11842 | Law Offices of Lorne S. Cabinsky, P. A. |
| Fort Lauderdale, Florida  33339 | Suite 1500 |
| Telephone: 954-537-2000 | 101 NE Third Avenue |
| Facsimile: 954-566-2235 | Fort Lauderdale, FL 33301 |
| | Telephone: 954-332-3821 |
| | Facsimile: 954-332-3823 |
| | |
| By:  /s/ Donald A. Yarbrough | By: /s/ Lorne S. Cabinsky |
| Donald A. Yarbrough, Esq. | Lorne S. Cabinsky, Esq. |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 08-80258-Civ-Hurley/Hopkins

SHEMAE S. JOHNSON,

        Plaintiff,

v.

SYNDICATED OFFICE SYSTEMS, INC. D/B/A
CENTRAL FINANCIAL CONTROL,

        Defendant.
_____/

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that on June 12, 2008, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                              s/Donald A. Yarbrough
                                                             Donald A. Yarbrough, Esq.

## SERVICE LIST

Mr. Lorne S. Cabinsky, Esq.
Law Offices of Lorne S. Cabinsky, P. A.
Suite 1500
101 NE Third Avenue
Fort Lauderdale, FL 33301
Telephone: 954-332-3821
Facsimile: 954-332-3823

Via Notices of Electronic Filing generated by CM/ECF