UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-80258-CIV-HURLEY

SHEMAE S. JOHNSON,
    plaintiffs,
vs.

SYNDICATED OFFICE SYSTEMS, INC. d/b/a
CENTRAL FINANCIAL CONTROL,
    Defendant.
_____/

**CLOSED CASE**

## ORDER OF FINAL DISMISSAL WITH PREJUDICE & CLOSE OUT

**THIS CAUSE** is before the court upon the parties' joint stipulation of voluntary dismissal with prejudice filed June 12, 2008 [DE# 19]. Upon consideration, it is

**ORDERED AND ADJUDGED**:

1. This case is **DISMISSED WITH PREJUDICE**, with each party to bear its own attorneys fees and costs except as otherwise agreed by the parties.

2. There being nothing further for the court to resolve, it is ordered that the Clerk of the Court shall enter this case as **CLOSED** and terminate all pending motions as **MOOT**.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this _14_ day of June, 2008.

                                      Daniel T. K. Hurley
                                  United States District Judge

Copies furnished:
all counsel